IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 4:20-CR-236-SDJ-KPJ |
| RYAN MATTHEW TAMBUNGA | § § | |

### REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the Government's request for revocation of Defendant's supervised release. After the District Court referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 10, 2020, to determine whether Defendant violated his supervised release. Defendant was represented by Denise Benson. The Government was represented by Marisa Miller.

On July 24, 2009, Defendant was sentenced by the Honorable Samuel Ray Cummings, United States District Judge, to a sentence of one hundred twenty (120) months imprisonment followed by an eight (8) year term of supervised release. Defendant's supervision commenced on November 25, 2016.

On September 11, 2020, the U.S. Probation Officer filed a Petition for Warrant or Summons for Offender under Supervision (the "Petition") (Dkt. 2). The Petition asserts that Defendant violated the following conditions of supervision: (1) Defendant shall not commit another federal, state or local crime; (2) Defendant shall not unlawfully possess a controlled substance; (3) Defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician; and (4) Defendant shall not leave the judicial district without the permission of the Court or probation officer.

The Petition asserts that Defendant violated these conditions because: (1) on November 20, 2019, Defendant was placed under arrest for Failure to Yield to Emergency Equipment; (2) after the traffic stop Defendant was found to be carrying approximately 3,000 grams of cocaine inside the vehicle; (3) Defendant pled guilty to a charge of violating 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine; and (4) on November 20, 2019, Defendant was in Plano, Texas, located in the Eastern District of Texas. At the time, Defendant lived and was supervised in the Northern District of Texas and did not have permission to travel to the Eastern District of Texas.

At the hearing, Defendant entered a plea of true to allegations 1, 2, 3, and 4. The Court finds that Defendant has violated the terms of his supervised release, and thus, his supervised release should be revoked.

## RECOMMENDATION

Pursuant to the Sentencing Reform Act of 1984, and having considered the arguments presented at the November 10, 2020, hearing, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of fifty-one (51) months with no additional supervised release to follow.

**So ORDERED and SIGNED this 3rd day of December, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE